**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

JEAN PAUL WALSTON (#757374)

VERSUS

KEVIN WYLES, ET AL

CIVIL ACTION

23-1595-SDD-EWD

**RULING**

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Erin Wilder-Doomes dated October 6, 2026, to which an *Opposition to Respondent's Request for Dismissal and Motion to Maintain Stay and Abeyance*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, filed by Petitioner Jean Paul Walston, is **DISMISSED WITHOUT PREJUDICE** as the Petition contains exhausted and unexhausted claims.

**IT IS FURTHER ORDERED** that Petitioner's request for stay and abeyance is **DENIED**. As Petitioner has continuously had an application for review pending in state

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 19.

court such that no time that counts against the one-year limitations period for filing his federal habeas petition has passed, stay and abeyance is not necessary.

**IT IS FURTHER ORDERED** that, if sought, a Certificate of Appealability is **DENIED**.

Signed in Baton Rouge, Louisiana the 12 day of November, 2026.

Shelly Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**